Kathryn J. Halford (CA Bar No.68141)
Email: khalford@wkclegal.com
Elizabeth Rosenfeld (CA Bar No. 106577)
Email: erosenfeld@wkclegal.com
WOHLNER KAPLON CUTLER
HALFORD & ROSENFELD
A Professional Corporation
16501 Ventura Boulevard, Suite 304
Encino, California 91436
Telephone: (818) 501-8030 ext. 331
Fax: (818) 501-5306

Attorneys for Plaintiffs, The Boards of Trustees of the Santa Monica Hotel Employees and Restaurant Employees Health Benefit Fund and the Santa Monica Hotel Employees and Restaurant Employees Retirement Fund

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| | |
|---|---|
| THE BOARDS OF TRUSTEES OF THE SANTA MONICA HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES HEALTH BENEFIT FUND AND THE SANTA MONICA HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES RETIREMENT FUND,<br><br>        Plaintiffs,<br><br>  v.<br><br>LIPELCO HOLDINGS, INC., a California corporation, dba KEVIN AND JAIMIE'S, KEVIN AND JAIMIE'S DINER AND RESTAURANT, KJ'S, KJ'S DINER AND RESTAURANT, LIPPY'S GALLEY; AND DOES 1-10,<br><br>        Defendant. | Case No. 08-cv-04831-DDP (SSx)<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

THE JUDGMENT DEBTOR, LIPELCO HOLDINGS, INC., a California corporation, dba KEVIN AND JAIMIE'S, KEVIN AND JAIMIE'S DINER AND RESTAURANT, KJ'S, KJ'S DINER AND RESTAURANT, LIPPY'S GALLEY having judgment entered against them on April 20, 2009:

Now, upon the application of the THE BOARDS OF TRUSTEES OF THE SANTA MONICA HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES HEALTH BENEFIT FUND AND THE SANTA MONICA HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES RETIREMENT FUND ("Plaintiff") and upon declaration that Defendant has failed to pay the total amount of said judgment; and that Defendant is indebted to Plaintiff.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment against Defendant, LIPELCO HOLDINGS, INC., a California corporation, dba KEVIN AND JAIMIE'S, KEVIN AND JAIMIE'S DINER AND RESTAURANT, KJ'S, KJ'S DINER AND RESTAURANT, LIPPY'S GALLEY be renewed in the amount of $25,012.55 which is broken down as follows:

a. Unpaid Contributions ……………………………………..$6,546.12
b. Liquidated Damages……………………………………....$6,563.92
c. Interest……………………………………………………..$2,279.70
d. Attorneys' Fees…………………………………..………...$7,935.00
e. Costs of Suit…………………………………………....…..$426.01
f. Interest after judgment computed from
April 20, 2009 through November 26, 2018………………$1,261.80
**GRAND TOTAL:** **$25,012.55**

Dated: November 30, 2018

_/s/ Sharon Hall Brown_
_DEPUTY CLERK,
UNITED STATES DISTRICT COURT

KIRY K. GRAY., CLERK OF COURT

| | |
|---|---|
| 1 | HALFORD & ROSENFELD |
| 2 | DATED: November 29, 2018     Kathryn J. Halford |
| 3 |                                       WOHLNER KAPLON CUTLER HALFORD & ROSENFELD |

1 HALFORD & ROSENFELD

2 DATED: November 29, 2018      Kathryn J. Halford
WOHLNER KAPLON CUTLER
3                                     HALFORD & ROSENFELD

                  BY:    */s/ Kathryn J. Halford*
                            KATHRYN J. HALFORD
                            Attorneys for Plaintiffs THE BOARDS OF TRUSTEES OF THE SANTA MONICA HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES HEALTH BENEFIT FUND AND THE SANTA MONICA HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES RETIREMENT FUND

APPLICATION FOR RENEWAL OF JUDGMENT